391 A.2d 700

Commonwealth v. Springman, Appellant.

634

Submitted March 30, 1977. Charles J. Tague, Assistant Public Defender, and Gregory V. Smith, Chief Public Defender, for appellant; Robert F. Banks, First Assistant District Attorney, and William S. Kieser, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

WATKINS, former P. J., did not participate in the consideration or decision of this case.